# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KIMBERLY A. REECE, *et al.*, | : | Case No. 3:24-cv-153 |
| Plaintiffs, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| PROGRESSIVE PREFERRED INSURANCE COMPANY, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). None of the parties have filed a diversity disclosure statement as required by that Rule. All parties are therefore **ORDERED** to file such a statement no later than thirty days from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.[1]

**IT IS SO ORDERED.**

May 22, 2024

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] https://www.ohsd.uscourts.gov/ohio-southern-district-forms