UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| KIMBERLY A. REECE, et al., | Case No. 3:24-cv-00153-MJN-PBS |
| Plaintiff, | Judge: Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| v. | |
| SCHNEIDER NATIONAL CARRIERS, INC., et al. | **AGREED ORDER OF DISMISSAL** |
| Defendants. | |

The Court being sufficiently advised that the claims asserted by Plaintiffs Kimberly A. Reece and Joseph C. Reece against Schneider National Carriers, Inc. and Abate Hailu Mekonnen have been completely compromised and settled by agreement, herewith dismisses those claims, with prejudice to future action at Defendants' costs.

_____ 10/15/2025
Hon. Michael J. Newman
United States District Judge

/s/ J. Michael Vervoort per email auth.
10.15.25
J. MICHAEL VERVOORT (0097832)
NATHAN J. STUCKEY (0086789)
THE STUCKEY FIRM, LLC
49 E. College Avenue, Suite 300
Springfield, Ohio 45504
937-346-8000
mvervoort@legalspringfield.com
nstuckey@legalspringfield.com

*Counsel for Plaintiff*

/s/Jason A. Snyder
BRANDON A. WOODARD (0089509)
PATRICK S. MULLINGER (0103400)
JASON A. SNYDER (0090267)
WOODARD KENDALL LEHMKUHL RENNIE, LLP
659 Van Meter Street, Suite 510
Cincinnati, Ohio 45202
513-768-4722
bwoodard@wklrlaw.com
pmullinger@wklrlaw.com
jsnyder@wklrlaw.com

*Counsel for Defendants Schneider National Carriers, Inc. and Abate H. Mekonnen*

1